1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

JAMIE L. GODDEN,

8                          Plaintiff,

9        v.

10   COMMISSIONER OF SOCIAL SECURITY,

11                          Defendant.

Case No. C22-5184 RSM

**ORDER GRANTING**
**APPLICATION TO PROCEED IN**
**FORMA PAUPERIS**

12

13   The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

14   (1)     Plaintiff shall be issued summonses.

15   (2)     Plaintiff is responsible for serving the complaint and summonses, and must file

16   proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may

17   effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a

18   copy of the summonses and complaint, along with plaintiff's identifying information, by email to

19   USAWAW.SSAClerk@usdoj.gov.

20   DATED this 25th day of March, 2022.

21

22

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1